# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**SAMUEL PERRONI**                                                      **PLAINTIFF**

**v.**                  **CASE NO. 4:09CV00155 BSM**

**PAUL REVERE LIFE INSURANCE**
**COMPANY**                                                  **DEFENDANT**

## STIPULATED PROTECTIVE ORDER

The parties stipulate to the following protective order:

1. Defendant has requested that plaintiff produce copies of tax returns and medical records. Plaintiff is willing to do so subject to the provisions of this protective order.

2. Plaintiff will produce the tax returns and medical records. Defendant will not disclose the tax returns and medical records to any person other than employees of defendant, attorneys for defendant, and expert witnesses for defendant, unless otherwise ordered to do so.

IT IS SO ORDERED this 17th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE