UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**SAMUEL PERRONI**                                                                                    **PLAINTIFF**

v.                              CASE NO. 4:09cv00155 BSM

**THE PAUL REVERE LIFE
INSURANCE COMPANY**                                                                        **DEFENDANT**

### ORDER OF DISMISSAL

Upon joint motion of the parties [Doc. No. 22], this case is dismissed with prejudice.

Each party is to bear their own costs and attorneys' fees.

IT IS SO ORDERED this 7th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE


APPROVED:

/s/ David M. Donovan
DAVID M. DONOVAN (81184)
ATTORNEY FOR DEFENDANT
WATTS, DONOVAN & TILLEY, P.A.
200 RIVER MARKET AVE., STE. 200
LITTLE ROCK, AR  72201-1769
(501) 372-1406
(501) 372-1209 FAX
david.donovan@wdt-law.com

/s/ Timothy O. Dudley
TIMOTHY O. DUDLEY (82055)
ATTORNEY FOR PLAINTIFF
DUDLEY & CRABTREE
114 S. PULASKI ST.
LITTLE ROCK, AR  72201-1924

(501) 372-0080
(501) 372-2999 FAX
todudley@swbell.net